# Exhibit Q

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF SOUTH CAROLINA
          SPARTANBURG DIVISION
      CASE NO. 7:18-CV-02957-JD-KFM
```

SUMMER D. LASHLEY, PH.D.,
                Plaintiff,
        vs.
SPARTANBURG METHODIST COLLEGE;
W. SCOTT COCHRAN; MARK W. GIBBS,
PH.D.; TERESA D. FERGUSON;
JONATHAN J. KEISLER, PH.D.;
ANGELIA A. TURNER; and CLEVON A.
BOYD, in his individual capacity,
                Defendants.

---

DEPOSITION OF JONATHAN J. KEISLER, PH.D.

---

DATE TAKEN:    September 15, 2021

TIME BEGAN:    10:02 a.m.

TIME ENDED:    1:45 p.m.

LOCATION:      Carroll A. Campbell Jr. US Courthouse
               250 East North Street
               Greenville, South Carolina


REPORTED BY:   Eileen Thompson, CCR
               EveryWord, Inc.
               P.O. Box 1459
               Columbia, South Carolina 29202
               803-212-0012

1  meeting lasted 45 minutes or so?

2  A.   Yeah.  I would say somewhere between -- it
3  probably started somewhere between -- like I said, I
4  think we get out of my class, it normally ends
5  10:40, about ten minutes early.  So by 10:30, I'm
6  down there.  Four or five students coming through.
7  So a quarter after, ten till.

8  Q.   After Dr. Lashley -- or you said, "I
9  really need to start preparing for my 12:15
10 lecture," what happened then?

11 A.   She got up and left.  And when the door
12 reopened, I actually called, "Next one in line," and
13 whoever had been waiting for 45 minutes or whatever,
14 and there was no one there.

15 Q.   No one was there?

16 A.   Yeah.

17 Q.   All right.  What did you do next?  Were
18 you somewhat shaken at that point?

19 A.   I took a moment to gather myself and
20 thought what do I do with this information, because
21 I was afraid.  Some context here.  This is the day
22 after the Valentine's Day shooting in Florida.  So
23 I, having known Teresa Ferguson from the public
24 safety and the previous three -- whatever years she
25 was chief while I was there, I called her.

Jonathan J. Keisler, Ph.D.

```
 1      Q.   You called her immediately?
 2      A.   Yes.
 3      Q.   Was she available?
 4      A.   Three and a half years later, I can't
 5 remember if we actually connected before the class
 6 or right after, but I called her again right after.
 7      Q.   After the class?
 8      A.   Correct.
 9      Q.   You can't recall whether you were able to
10 get her before the class, but you do remember
11 speaking to her after the class?
12      A.   Yeah, I did speak with her that day.  I
13 apologize.  I can't remember if it was before or
14 after.  But I remember distinctively calling the
15 number before the class.
16      Q.   What number did you call?  Her cell phone
17 or did you call campus?
18      A.   It would have been campus office phone,
19 directory.
20      Q.   So did you have it in your phone, like a
21 cell phone, or did you use your desk phone?
22      A.   Desk phone.
23      Q.   Desk phone?
24      A.   Yes.  Within the college, it's just the
25 easiest way, because you can four digit right over.
```

Jonathan J. Keisler, Ph.D.

1   Q.   But sitting here today, you don't recall
2   whether you were able to get her or not, before your
3   12:15 class?
4   A.   Correct.  I know for sure we talked that
5   afternoon after that class extensively.
6   Q.   Okay.  When Dr. Lashley left, did she slam
7   the door behind her?
8   A.   No, my recollection she left it open.
9   Q.   Do you know where she headed next?
10  A.   No, I was not aware.
11  Q.   Were you worried that she could harm
12  somebody?
13  A.   Yes.
14  Q.   Did you call campus security?
15  A.   In my mind when I called Teresa, that's
16  what I was doing.
17  Q.   Okay.  If you -- I mean, were you rattled
18  enough that if you couldn't get Teresa on the phone
19  then, you would have called 911?
20  A.   Probably not, no.
21  Q.   Were you rattled enough that if you didn't
22  get Teresa, you would have called the armed campus
23  security people?
24  A.   No.
25  Q.   Okay.  So you didn't think there was like

```
 1   a -- like she was going to go into the cafeteria and
 2   start shooting people, did you?
 3        A.   Not at the time, no.
 4        Q.   And you didn't think she was going to head
 5   over to Dr. Gibbs' office or Mr. Cochran's office
 6   and do something to them at that point, did you?
 7        A.   I had some pause there, yes.
 8        Q.   Okay.  When she left out of your office,
 9   did she turn right or left?
10        A.   I believe she turned right.
11        Q.   Okay.  So she's turned toward Gibbs'
12   office at that point?
13        A.   (Witness nodding head.)
14        Q.   Did you try and stop her?
15        A.   No.
16        Q.   Was Gibbs there at the time?
17        A.   I do not know.
18        Q.   Okay.  Did you make any effort to try and
19   warn Gibbs that she might be heading his way?
20        A.   At that moment right there?
21        Q.   Right.
22        A.   No.
23        Q.   So you didn't think she was going to leave
24   your office and go do harm to Dr. Gibbs?
25        A.   Not immediately, no.
```

Jonathan J. Keisler, Ph.D.

```
 1      Q.   Because would you have done something?  I
 2 mean, were you close enough to Gibbs that you would
 3 have at least tried to tackle her or at least shout
 4 out to warn them?
 5      A.   Yes.
 6      Q.   But you didn't do that?
 7      A.   No.
 8      Q.   Did you actually teach your 12:15 class?
 9      A.   I did.
10      Q.   Okay.  Was it a full class or were you so
11 upset by it that you told the students to leave
12 early?
13      A.   I don't recall if it was a full -- that
14 would have been 75 minutes -- or not.  One thing I
15 do recall is it was not my best lecture, because I
16 was thinking about the conversation we had had.
17      Q.   So the class was scheduled to go until
18 when?
19      A.   1:30.
20      Q.   And what happened after your class?
21      A.   I returned to my office.  And to my
22 recollection, that's when Teresa and I connected.
23      Q.   You called her again, or did she call you
24 back, or do you remember?
25      A.   I believe I called her.
```

1  Q. Tell me what you can recall about that
2  conversation.
3  A. I restated basically what had happened,
4  much like what we just did, in that it was an odd
5  encounter that felt like it had two halves. Very
6  visibly upset at first. But when I said, "Amen," it
7  turned. And the longer I thought about it, the more
8  bothered I was by it.
9  Q. Okay. What did Teresa Ferguson say?
10 A. She said, "Thank you for letting me know,"
11 and I assumed that it would then be taken care of.
12 Q. Okay. How late did you stay that day
13 after your 1:30 class?
14 A. In general, I have to leave by 3:00 or so
15 to pick up my children. I was bothered enough to
16 talk to Mark about it.
17 Q. Before you left?
18 A. Yes.
19 Q. Okay. How far is your children's school
20 from campus?
21 A. In 2017, there were actually two different
22 schools. One was on the east side of town, and one
23 was on the west side of town, so it was kind of a
24 round trip.
25 Q. I can imagine. But you have to pick them