SUMMER D. LASHLEY, PH.D., v. SPARTANBURG METHODIST COLLEGE, W. SCOTT COCHRAN, MARK W. GIBBS, PH.D., TERESA D. FERGUSON, JONATHAN J. KEISLER, PH.D., ANGELIA A. TURNER, AND CLEVON A. BOYD, IN HIS INDIVIDUAL CAPACITY

C.A. No. 7:18-cv-02957-JD-KFM

**EXHIBIT 1**

*To Defendants' Motion to Compel*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| SUMMER D. LASHLEY, PH.D., ) | C.A. No. 7:18-cv-02957-TMC-KFM |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| SPARTANBURG METHODIST COLLEGE; ) | DEFENDANTS' SEVENTH SET OF |
| W. SCOTT COCHRAN; MARK W. GIBBS, ) | REQUESTS FOR PRODUCTION TO |
| PH.D., TERESA D. FERGUSON; ) | PLAINTIFF |
| JONATHAN J. KEISLER, PH.D., ANGELIA ) | |
| A. TURNER; AND CLEVON A. BOYD, IN HIS ) | |
| INDIVIDUAL CAPACITY, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

**TO:**   David E. Rothstein, Attorney for Plaintiff

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Defendants request that Plaintiff produce and permit Defendants' attorneys to inspect, copy and photograph the following documents:

1. All correspondence between David Rothstein and Kathleen McDaniel regarding the *Lashley v. Spartanburg Methodist College* et. al. lawsuit, Civil Action No. 7:18-cv-02957, pending in United States District Court for the District of South Carolina, Spartanburg Division.

2. All correspondence between David Rothstein and Kathleen McDaniel regarding Summer Lashley, PhD.

1

3.	All correspondence between David Rothstein and Kathleen McDaniel regarding the Holcombe Bomar, PA law firm, Todd Flippin, and/or William Darwin.

4.	All correspondence between David Rothstein and Kathleen McDaniel regarding the civil lawsuit filed on Summer Lashley, PhD's behalf against Holcombe Bomar, PA, Todd Flippin, and William Darwin.

Defendants request that the documents be made available for inspection and copying at the offices of Defendants' attorneys at 101 W. St. John Street, Suite 200, Spartanburg, South Carolina, 29306, or at such other place that may be mutually agreed upon between the parties at a time within thirty (30) days of the service of this Request to Produce.

In lieu of production for inspection and copying within the aforementioned time and place, Plaintiff's attorney may if he so desires, comply with this request by forwarding legible photostatic copies of these documents to the Defendants' attorneys by delivering these documents or mailing these documents to the address shown below within thirty (30) days of the service of this Request to Produce.

HOLCOMBE BOMAR, P.A.

_____
William B. Darwin, Jr., Fed. ID No. 5422
Todd R. Flippin, Fed ID No. 11753
Post Office Box 1897
Spartanburg, SC 29304
(864) 594-5300
(864) 585-3844 - facsimile
kdarwin@holcombebomar.com
tflippin@holcombebomar.com

*Attorneys for Defendants*

December 13, 2021

Spartanburg, SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| SUMMER D. LASHLEY, PH.D., ) | C.A. No. 7:18-cv-02957-TMC-KFM |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| SPARTANBURG METHODIST COLLEGE; ) | CERTIFICATE OF SERVICE |
| W. SCOTT COCHRAN; MARK W. GIBBS, ) | |
| PH.D., TERESA D. FERGUSON; ) | |
| JONATHAN J. KEISLER, PH.D., ANGELIA ) | |
| A. TURNER; AND CLEVON A. BOYD, IN HIS ) | |
| INDIVIDUAL CAPACITY, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

I, the undersigned Legal Assistant in the Law Offices of Holcombe Bomar, P.A., attorneys for Defendants do hereby certify that I have electronically mailed a copy and placed a copy in the US Mail of the hereinbelow listed pleading to Plaintiff in this matter on the 13th day of December, 2021 as follows:

PLEADINGS:         Defendants' Seventh Set of Requests for
                   Production to Plaintiff

COUNSEL SERVED:    David E. Rothstein, Esq.
                   ROTHSTEIN LAW FIRM, PA
                   1312 August Street
                   Greenville, South Carolina 29605
                   rothstein@rothsteinlawfirm.com

                   *s/Sandra C. Johnson*
                   _____
                   Sandra C. Johnson, Legal Assistant

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| SUMMER D. LASHLEY, PH.D., ) <br> ) <br> PLAINTIFF, ) <br> ) <br> ) <br> v. ) <br> ) <br> SPARTANBURG METHODIST COLLEGE; ) <br> W. SCOTT COCHRAN; MARK W. GIBBS, ) <br> PH.D., TERESA D. FERGUSON; ) <br> JONATHAN J. KEISLER, PH.D., ANGELIA ) <br> A. TURNER; AND CLEVON A. BOYD, IN HIS ) <br> INDIVIDUAL CAPACITY, ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | C.A. No. 7:18-cv-02957-JD-KFM <br><br><br><br> DEFENDANTS' EIGHTH SET OF <br> REQUESTS FOR PRODUCTION TO <br> PLAINTIFF |

**TO:**   David E. Rothstein, Attorney for Plaintiff

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Defendants request that Plaintiff produce and permit Defendants' attorneys to inspect, copy and photograph the following documents:

1. All correspondence between David Rothstein and Summer Lashley, PhD relating to Dr. Lashley's medical or mental health treatment records, including correspondence relating to the relevance of these records, the appropriateness of discovery requests relating to these records, and the use of those records during depositions and at trial.

2. All correspondence between David Rothstein and Summer Lashley, PhD relating to Benjamin Ose, MD and/or Marjorie Howe.

1

3. All correspondence between David Rothstein and Summer Lashley, PhD relating to Dr. Lashley's medical and mental healthcare providers.

4. All correspondence between David Rothstein and Summer Lashley, PhD relating to Moira Artigues, MD and/or Edward Landis, PhD.

5. All correspondence between David Rothstein and Summer Lashley, PhD regarding the Defendants' request to have Dr. Lashley evaluated by a psychiatrist and a psychologist.

6. All correspondence between David Rothstein and Summer Lashley, PhD relating to Dr. Lashley's alleged emotional distress arising from the production of a draft report of Dr. Edward Landis to Scott Cochran, Eric McDonald, and Jenny Dunn

7. All correspondence between David Rothstein and Summer Lashley, PhD relating to Dr. Lashley's alleged emotional distress arising from the actions of Scott Cochran, Jenny Dunn, Jonathan Keisler, PhD, Mark Gibbs, PhD, Angelia Turner, Clevon Boyd, Teresa Ferguson, or any other current or former employee of Spartanburg Methodist College.

8. All medical and/mental health treatment records supporting Summer Lashley, PhD's claim that she suffered emotional distress as a result of the production of a draft report of Dr. Edward Landis to Scott Cochran, Jenny Dunn, and Eric McDonald.

Defendants request that the documents be made available for inspection and copying at the offices of Defendants' attorneys at 101 W. St. John Street, Suite 200, Spartanburg, South Carolina, 29306, or at such other place that may be mutually agreed upon between the parties at a time within thirty (30) days of the service of this Request to Produce.

2

3

In lieu of production for inspection and copying within the aforementioned time and place, Plaintiff's attorney may if he so desires, comply with this request by forwarding legible photostatic copies of these documents to the Defendants' attorneys by delivering these documents or mailing these documents to the address shown below within thirty (30) days of the service of this Request to Produce.

                HOLCOMBE BOMAR, P.A.

                *s/William B. Darwin, Jr.*

                William B. Darwin, Jr., Fed. ID No. 5422
                Todd R. Flippin, Fed. ID No. 11753
                William U. Gunn, Fed. ID No. 2362
                Post Office Box 1897
                Spartanburg, SC 29304
                (864) 594-5300
                (864) 585-3844 - facsimile
                kdarwin@holcombebomar.com
                tflippin@holcombebomar.com
                bgunn@holcombebomar.com

                *Attorneys for Defendants*

December 15, 2021

Spartanburg, SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| SUMMER D. LASHLEY, PH.D., ) | C.A. No. 7:18-cv-02957-JD-KFM |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| SPARTANBURG METHODIST COLLEGE; ) | CERTIFICATE OF SERVICE |
| W. SCOTT COCHRAN; MARK W. GIBBS, ) | |
| PH.D., TERESA D. FERGUSON; ) | |
| JONATHAN J. KEISLER, PH.D., ANGELIA ) | |
| A. TURNER; AND CLEVON A. BOYD, IN HIS ) | |
| INDIVIDUAL CAPACITY, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

I, the undersigned Legal Assistant in the Law Offices of Holcombe Bomar, P.A., attorneys for Defendants do hereby certify that I have electronically mailed a copy and placed a copy in the US Mail of the hereinbelow listed pleadings to Plaintiff in this matter on the 15th day of December, 2021 as follows:

PLEADINGS:    Defendants' Fourth Supplemental Answers to Plaintiff's First Set of Interrogatories

Defendants' Eighth Set of Requests for Production to Plaintiff

COUNSEL SERVED:    David E. Rothstein, Esq.
ROTHSTEIN LAW FIRM, PA
1312 August Street
Greenville, South Carolina 29605
rothstein@rothsteinlawfirm.com

*s/Sandra C. Johnson*
_____
Sandra C. Johnson, Legal Assistant