*SUMMER D. LASHLEY, PH.D., v. SPARTANBURG METHODIST COLLEGE, W. SCOTT COCHRAN, MARK W. GIBBS, PH.D., TERESA D. FERGUSON, JONATHAN J. KEISLER, PH.D., ANGELIA A. TURNER, AND CLEVON A. BOYD, IN HIS INDIVIDUAL CAPACITY*

*C.A. No. 7:18-cv-02957-JD-KFM*

# EXHIBIT A

*To Defendants' Reply to Plaintiff's Objections to Judge McDonald's Report & Recommendation*



# Two officers shot and killed at Bridgewater College in Virginia

By Caroll Alvarado, CNN

Updated 8:00 PM ET, Tue February 1, 2022

Police approach a person on the south bank of the North River.

**(CNN)** — Two campus officers were shot and killed Tuesday during an active shooter situation at Bridgewater College in Virginia, according to college spokesperson Logan Bogert.

"I can confirm that a campus police officer and a campus safety officer died from gunshot wounds today," Bogert told CNN's Josh Campbell.

A male suspect was taken into custody and an investigation is ongoing, according to Virginia State Police.

A news conference on the incident was planned for Tuesday evening.



Campus safety officer JJ Jefferson, left, and campus police officer John Painter

College President David Bushman, in a message on the school's Facebook page, called the shootings an "unspeakable tragedy."

"Campus Police Officer John Painter and Campus Safety Officer JJ Jefferson were shot and killed on campus while protecting us," Bushman wrote. "These officers were close friends, known to many of us as the 'dynamic duo.' John was JJ's best man in his wedding this year. They were beloved by students, faculty, and staff. I hurt for their families and loved ones, as I know we all do."

A shelter in place order that the college was under for most of the afternoon was lifted.

Around 1:20 p.m. multiple police agencies responded to a report of an active shooter on campus, police said in a statement.

"Initial report came in that two officers had been shot & the armed suspect fled the scene. State & local law enforcement immediately responded and initiated a massive search operation for the suspect."

Gov. Glenn Youngkin said earlier he had been briefed on the shooting.

ktla.com

# KTLA

*Tony Kurzweil, Kareen Wynter, Eric Spillman, Kimberly Cheng*

3 minutes

---

## UCLA cancels in-person classes following apparent mass shooting threat; former lecturer in custody

UCLA canceled all in-person classes Tuesday after a former lecturer apparently emailed threats to members of the school community and posted a video online that referenced a mass shooting.

The suspect, identified by officials as Matthew Christopher Harris, was taken into custody following a standoff in Boulder, Colorado, later in the day.

The former philosophy department postdoctoral researcher posted a video online containing footage from the 2017 mass shooting in Las Vegas and clips from the movie "Zero Day," which is based on the mass killing at Columbine High School, the Los Angeles Times reported.

Harris also posted an 800-page manifesto titled "DEATH Sentences," according to the Times.

The manifesto, which Harris writes is "dedicated to domestic

terrorism and violence" calls for "death to America" and urges people to "go forth and murder them out of existence."

The Times also obtained several emails from department leaders informing students and faculty that Harris had made threats toward the philosophy department and people in it.

School officials tweeted late Monday that they were not sure that Harris was even in California but that all classes would be held remotely Tuesday out of "an abundance of caution."

A UCLA spokesperson confirmed Tuesday morning that law enforcement has the person who made the threats "under observation" and that the person is not in California.

Los Angeles Police Department Chief Michel Moore later said the suspect was located in Colorado.

UCLA officials did not identify Harris but said the threat suspect had been taken into custody.

"I am greatly relieved to share that law enforcement officers in Colorado have taken into custody the individual who made threats against some members of our UCLA community yesterday," a portion of the school's statement read.

Student instruction will continue to be remote Tuesday but in-person classes are going to resume on Wednesday, according to the statement.

Harris, whose postdoctoral status apparently expired at the end of June 2021, had previously been placed on leave while UCLA investigated allegations he sent a video with pornographic content to a student, according to the Daily Bruin.

Those claims, along with several other negative reviews of Harris'

class were posted on an anonymous site for students called [bruinwalk.com](bruinwalk.com).