*SUMMER D. LASHLEY, PH.D., v. SPARTANBURG METHODIST COLLEGE, W. SCOTT COCHRAN, MARK W. GIBBS, PH.D., TERESA D. FERGUSON, JONATHAN J. KEISLER, PH.D., ANGELIA A. TURNER, AND CLEVON A. BOYD, IN HIS INDIVIDUAL CAPACITY*

*C.A. No. 7:18-cv-02957-JD-KFM*

# EXHIBIT B

*To Defendants' Reply to Plaintiff's Objections to Judge McDonald's Report & Recommendation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| Summer D. Lashley, Ph.D., ) | Civil Action No. 7:18-CV-02957-TMC-KFM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **PLAINTIFF'S RESPONSES TO** |
| ) | **DEFENDANT SPARTANBURG** |
| Spartanburg Methodist College; ) | **METHODIST COLLEGE'S** |
| W. Scott Cochran; Mark W. Gibbs, Ph.D.; ) | **REQUESTS FOR ADMISSION** |
| Teresa D. Ferguson; Jonathan J. ) | **TO PLAINTIFF** |
| Keisler, Ph.D.; Angelia A. Turner; and ) | |
| Clevon A. Boyd, in his individual capacity, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, Summer D. Lashley, Ph.D., by and through her undersigned attorney, hereby submits the following Responses to Defendant Spartanburg Methodist College's Request for Admission to Plaintiff pursuant to Rule 36 of the Federal Rules of Civil Procedure:

### REQUESTS FOR ADMISSION

1. The Excel spreadsheet, which was produced by Plaintiff's counsel on September 2, 2020 and is titled:

[10280510-459.7135-TextMessagesSince20170301_meetSearchCriteria.xlsx], contains true and accurate copies of text messages sent or received by Plaintiff on her cellular telephone.

**RESPONSE:** Admitted.

2. The Excel spreadsheet, which was produced by Plaintiff's counsel on September 2, 2020 and is titled:

[20180510-459.7135-ContactsSince20170301_meetSearchCriteria.xlsx], lists individuals

Plaintiff communicated with by text messaging and identified for Plaintiff's computer forensic consultant to copy from Plaintiff's cellular phone.

**RESPONSE**: Admitted.

3.  Clay Boswell of Carolina Computer Forensics, a computer forensic consultant retained by Plaintiff's counsel, copied (or otherwise extracted) from Plaintiff's cellular telephone data that included text messages and prepared the Excel spreadsheet described in Request for Admission No. 1.

**RESPONSE**: Admitted.

4.  The .pdf file provided electronically with these Requests and titled "Lashley Text Messages (11-21-20).pdf" is a true and accurate record of the information contained in the Excel spreadsheet described in Request for Admission No. 1 above for the following categories of data: a) message file number (exf_ID); b) message type (sent or received); c) message sender; d) message content; e) date/time each message was sent; and f) date/time each message was read.

**RESPONSE**: Admitted.

\*   \*   \*

Respectfully submitted,

*/s/ David E. Rothstein*

David E. Rothstein, Fed. ID No. 6695
ROTHSTEIN LAW FIRM, PA
1312 Augusta Street
Greenville, South Carolina 29605
Telephone: (864) 232-5870
Fax: (864) 241-1386
E-mail: drothstein@rothsteinlawfirm.com

Attorney for Plaintiff, Summer D. Lashley, Ph.D.

December 22, 2020

Greenville, South Carolina.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT SPARTANBURG METHODIST COLLEGE'S REQUESTS FOR ADMISSION** upon counsel of record for Defendants by e-mail and by depositing a copy of the same in the United States Mail, proper first-class postage pre-paid this 22nd day of December, 2020, addressed as follows:

>William B. Darwin, Jr., Esq. (kdarwin@holcombebomar.com)
>Todd R. Flippin, Esq. (tflippin@holcombebomar.com)
>HOLCOMBE BOMAR, P.A.
>Post Office Box 1897
>Spartanburg, South Carolina 29304

_____
David E. Rothstein

Greenville, SC.



# ROTHSTEIN LAW FIRM, PA

www.rothsteinlawfirm.com

David E. Rothstein
*Certified Specialist in Employment and Labor Law (S.C.)*
*Also licensed in North Carolina*
drothstein@rothsteinlawfirm.com

Jill C. Rothstein
*Special Counsel*
jrothstein@rothsteinlawfirm.com

December 22, 2020

**VIA EMAIL (kdarwin@holcomebomar.com)**
**AND U.S. MAIL**
William B. Darwin, Jr., Esq.
HOLCOMBE BOMAR, P.A.
Post Office Box 1897
Spartanburg, South Carolina 29304

Re:   Summer D. Lashley, Ph.D. v. Spartanburg Methodist College et al.,
       C/A No. 7:18-cv-02957-TMC-KFM

Dear Kip:

Enclosed please find a copy of Plaintiff's Responses to Defendant Spartanburg Methodist College's Requests for Admission to Plaintiff, which requests were served by mail on November 21, 2020. This document is hereby served upon you as counsel for Defendants.

Sincerely yours,

David E. Rothstein

Enclosure

cc:   Todd R. Flippin, Esq. (via email only)