*SUMMER D. LASHLEY, PH.D., v. SPARTANBURG METHODIST COLLEGE, W. SCOTT COCHRAN, MARK W. GIBBS, PH.D., TERESA D. FERGUSON, JONATHAN J. KEISLER, PH.D., ANGELIA A. TURNER, AND CLEVON A. BOYD, IN HIS INDIVIDUAL CAPACITY*

*C.A. No. 7:18-cv-02957-JD-KFM*

# EXHIBIT B

*To Defendants' Reply to Plaintiff's Response in Opposition to Defendants' Motion to Enlarge Time to Conduct Discovery (ECF No. 264)*

Page 1

```
 1             IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
 2                    SPARTANBURG DIVISION
 3
    SUMMER D. LASHLEY, PH.D.,
 4
          PLAINTIFF,
 5
    v.
 6
    SPARTANBURG METHODIST COLLEGE,
 7  W. SCOTT COCHRAN; MARK W. GIBBS,
    PH.D., TERESA D. FERGUSON;
 8  JONATHAN J. KEISLER, PH.D., ANGELIA
    A. TURNER, AND CLEVON A. BOYD, IN HIS
 9  INDIVIDUAL CAPACITY,
10        DEFENDANTS.
    _____
11
    VIDEOTAPED VIRTUAL
12  DEPOSITION OF:      SUMMER D. LASHLEY, PH.D.
13  DATE:               September 17, 2021
14  TIME:               10:09 a.m.
15  LOCATION:           Texas
16  TAKEN BY:           Counsel for the Defendants
17  REPORTED BY:        MICHELLE BAKER LEE,
                        Certified Court Reporter
18  _____
19
20
21
22
23
24
25
```

Page 2

```
 1   APPEARANCES OF COUNSEL:
 2        ATTORNEY FOR PLAINTIFF:
 3             ROTHSTEIN LAW FIRM, P.A.
               David E. Rothstein, Esquire (via VTC)
 4             1312 Augusta Street
               Greenville, South Carolina 29605
 5             864-232-5870
               drothstein@rothsteinlawfirm.com
 6
          ATTORNEY FOR DEFENDANTS:
 7
               HOLCOMBE BOMAR, P.A.
 8             William U. Gunn, Esquire (via VTC)
               Todd R. Flippin, Esquire (via VTC)
 9             101 West St. John Street, Suite 200
               Spartanburg, South Carolina 29306
10             864-316-6255
               bgunn@holcombebomar.com
11
     ALSO PRESENT:
12
          Eric McDonald (via VTC)
13
          Andrew Smith, Videographer (via VTC)
14
15
16              (INDEX AT REAR OF TRANSCRIPT)
17
18
19
20
21
22
23
24
25
```

Page 3

1          P R O C E E D I N G S
2          MR. ROTHSTEIN:  Michelle, what time do you
3     have?
4          THE COURT REPORTER:  It's 10:01.
5          MR. ROTHSTEIN:  Can you note for the record
6     that Dr. Lashley and I are both ready and here
7     and willing to start the deposition.
8          THE COURT REPORTER:  I'll put that on the
9     record.
10         MR. ROTHSTEIN:  I just got an email that
11    says, "David, there will be a short delay as we
12    attempt to resolve a technical issue.  Thanks for
13    your patience.  Billy."
14         (Break taken from 10:03 a.m. to 10:09 a.m.)
15         THE VIDEOGRAPHER:  Good morning.  We are now
16    going on the record at 10:09 a.m. on
17    September 17, 2021.  This is media unit number
18    one in the video-recorded deposition of
19    Dr. Summer Lashley taken by counsel for the
20    Defendant in the matter of Dr. Summer Lashley v.
21    Spartanburg Methodist College filed in the United
22    States District Court for the District of South
23    Carolina, Spartanburg Division, Case Number
24    7:18-cv-02957-TMC-KFM.
25         This deposition is being held remotely via

1  the break -- the first break-in was around, I would
2  say, August of -- gosh, it's been so long now.  August
3  of '19, if memory serves me right.
4       Q    August of 2019?
5       A    I believe so.
6       Q    Okay.
7       A    Or it could have been 2020.  It's starting
8  to kind of blur together.
9       Q    Sure.  Sure.
10      A    And it was, again, very traumatic,
11 naturally.
12      Q    Right.
13      A    And -- and so then right around mediation,
14 somebody was picked up on surveillance driving up to
15 the residence where I resided in the middle of the
16 night on multiple occasions.  And they were seen
17 slowing and stopping and sitting in front of my
18 residence by the door, and they appeared to be taking
19 photographs or video, something, and law enforcement
20 did get involved.  And I -- I needed to obviously move
21 for safety reasons, and I ended up relocating and
22 getting into the Address Confidentiality Program with
23 the North Carolina -- the North Carolina program and
24 relocated.
25           And nobody was really aware of my location

1   for obvious reasons, and I was instructed that under
2   no circumstance am I supposed to allow -- to provide
3   my physical address because of this situation. And --
4   and then there was forced entry on several occasions
5   and so --
6       Q    Okay. Let me ask you -- you made some
7   reference to a photograph that was -- that was somehow
8   published. Is that the photograph that became the --
9   that you had conversation with Lisa Ware about?
10      A    It is.
11      Q    The one -- you had on, I think, a white
12  dress and it was -- it was one, I think, that
13  originally was in the Frontier? You authorized it to
14  go in the Frontier; did you not?
15      A    I authorized it to go into an internal memo.
16      Q    Right.
17      A    That was my understanding, not in any public
18  newspaper article, social media, nothing for the
19  public because of my history with an individual in law
20  enforcement that I had, an ex intimate partner.
21           MR. ROTHSTEIN: Can I make a comment for the
22      record? I don't know it's an objection at this
23      point, but, Mr. Gunn, I know you're fairly new to
24      the case but I just wanted to remind you, this is
25      not a deposition de novo in the case. This is

Page 146

1  see the deposition.  And it -- and I can answer that
2  if you want.
3       Q    Yeah, go ahead and answer it.
4       A    Okay.  Can I read what -- okay.  Where --
5  okay.  Is that 37 -- so it's 37, 66, 16?
6       Q    It's -- it's the one with the 37 in
7  parenthesis and it says --
8       A    Uh-huh.
9       Q    -- 66 and 16.
10      A    Okay.  Where --
11           MR. ROTHSTEIN:  Mr. Gunn -- Mr. Gunn, where
12      on the Errata sheet are you getting a strikeout?
13      I don't know if I'm looking at the right page.
14      Where is --
15           MR. GUNN:  I agree to not refer to a
16      strikeout.
17           MR. ROTHSTEIN:  Okay.  Thank you.
18           THE WITNESS:  Okay.  What -- what -- I'm
19      sorry.  What is -- what is actually -- what
20      exactly is the question?
21  BY MR. GUNN:
22      Q    I'll withdraw the question.  I'm not -- this
23  is -- this is untenable given the --
24      A    What?  I'm sorry?
25      Q    No, no, you need not apologize.

Page 147

1    MR. GUNN: Can you take this down?
2    MR. FLIPPIN: Sure.
3    THE WITNESS: I mean --
4  BY MR. GUNN:
5    Q   It's okay. We can ask about it later when
6  we have better visual aids and all that stuff.
7          Let me -- let me ask you this. I'm about
8  ready to wrap up so just another question or two.
9          Have you understood all my questions,
10 Dr. Lashley?
11   A   To the best of my ability, sir.
12   Q   Okay. Have I been polite and courteous to
13 you and handled this in a professional sort of way?
14   A   Yes, except there's been some questions by
15 my attorney. But, yes, I -- you have been very --
16 very different cumulatively from Todd Flippin and from
17 Kip Darwin. And I don't -- I don't mean the
18 deposition, I mean in their continued repeated attacks
19 against me and my character and dehumanizing me and
20 misrepresenting me to the Court. And I hope Judge
21 McDonald -- I would love to talk to doctor -- or Judge
22 McDonald about all of this, okay, because I don't know
23 if Judge McDonald knows about everything that
24 Mr. Flippin and Kip Darwin have engaged in. And we've
25 kept very quiet, my attorney and I, to take the high