AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Summer D Lashley,<br>*Plaintiff*<br>v.<br>Spartanburg Methodist College, W Scott Cochran,<br>Mark W Gibbs, Teresa D Ferguson,  Jonathan J<br>Keisler, Angelia A Turner, Clevon A Boyd,<br>Kathleen M. McDaniel,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)     Civil Action No.     7:18-cv-02957-JD |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

■ this Court dismisses Plaintiff's federal law claims and declining to exercise supplemental jurisdiction over Plaintiff's state law claims.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III

Date:    March 24, 2022                         *ROBIN L. BLUME, CLERK OF COURT*

                                        s/Rob Weber
                          _____
                              *Signature of Clerk or Deputy Clerk*