FILED: May 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1447
(7:18-cv-02957-JD)
_____

SUMMER D. LASHLEY, Ph D

    Plaintiff - Appellant

v.

SPARTANBURG METHODIST COLLEGE; W. SCOTT COCHRAN; MARK W. GIBBS, Ph D; TERESA D. FERGUSON; JONATHAN J. KEISLER, Ph D; ANGELIA A. TURNER; CLEVON A. BOYD, in his individual capacity

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered April 18, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                                                   */s/Patricia S. Connor, Clerk*